**Vrej KHACHIKIAN, Plaintiff–Appellant,**

v.

**DEVRY INSTITUTE OF TECHNOLOGY, Defendant–Appellee.**

No. 02–55308.

D.C. No. CV–01–05935–NM.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 13, 2003.

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM\*\***

Vrej Khachikian appeals pro se the district court's summary judgment in favor of the defendant in Khachikian's diversity action alleging that he was constructively discharged from his position as a professor at the DeVry Institute of Technology ("DeVry"). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Kohler v. Inter–Tel Techs.*, 244 F.3d 1167, 1171 (9th Cir.2001), and we affirm.

Summary judgment was proper on Khachikian's constructive discharge claims because he failed to raise a genuine issue of material fact as to whether DeVry intentionally created or knowingly permitted conditions so intolerable that they effectively forced him to resign. *See Mullins v. Rockwell Int'l Corp.*, 15 Cal.4th 731, 63 Cal.Rptr.2d 636, 936 P.2d 1246, 1249 (1997) (citation omitted).

Summary judgment was proper on Khachikian's retaliation claim because he failed to raise a genuine issue of material fact as to whether his employer took an adverse employment action against him. *See Kortan v. Cal. Youth Auth.*, 217 F.3d 1104, 1112–13 (9th Cir.2000).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.